# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-26257-ERW |
| | § | |
| KARINA DUENAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 12/04/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/06/2013          By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26257-ERW |
| | § | |
| KARINA DUENAS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,400.00
*and approved disbursements of*     $18.28
*leaving a balance on hand of[1]:*     $2,381.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,381.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $300.00 | $0.00 | $300.00 |
| David P. Leibowitz, Trustee Expenses | $5.04 | $0.00 | $5.04 |
| Lakelaw, Attorney for Trustee Fees | $1,200.00 | $0.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee Expenses | $12.60 | $0.00 | $12.60 |

Total to be paid for chapter 7 administrative expenses:     $1,517.64
Remaining balance:     $864.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $864.08 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |  |
|---|---|---|
| Total to be paid to priority claims: | | $0.00 |
| Remaining balance: | | $864.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $51,058.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $2,111.75 | $0.00 | $35.74 |
| 2 | Discover Bank | $7,049.78 | $0.00 | $119.31 |
| 3 | American InfoSource LP as agent for Citifinancial Inc. | $1,066.33 | $0.00 | $18.05 |
| 4 | American InfoSource LP as agent for Chase Bank USA N.A. | $9,777.83 | $0.00 | $165.47 |
| 5 | American Express Centurion Bank | $15,485.47 | $0.00 | $262.07 |
| 6 | Capital One, N.A. | $2,131.45 | $0.00 | $36.07 |
| 7 | Toyota Motor Credit Corporation | $3,317.48 | $0.00 | $56.14 |
| 8 | Portfolio Recovery Associates, LLC/ Heritage Bank One | $8,810.26 | $0.00 | $149.10 |
| 9 | Portfolio Recovery Associates, LLC/ LOWES | $1,307.83 | $0.00 | $22.13 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $864.08 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 12-26257-ERW
Karina Duenas                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 2              Date Rcvd: Nov 06, 2013
                               Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
db           +Karina Duenas,   27 N Ohendorf Rd.,   Streamwood, IL 60107-6661
aty           David P. Leibowitz LLC d/b/a Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
19099163     +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19700000      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19099164    #+Baker & Miller, P.C.,   29 N Wacker Drive 5th Fl,   Chicago, IL 60606-3227
19797663      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19099165     +Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202-2120
19099168     +Lieberman Management Services,   PO BOX 5723,   Carol Stream, IL 60197-5723
19099174    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
19099173     +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
19099176     +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
19099177    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
              Cedar Rapids, IA 52408)
19325378      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19637436      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2013 00:54:49
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK 73126-8941
19627295      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2013 01:00:57     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19099166     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2013 01:00:57     Discover Fin,
              Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19099167     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 07 2013 00:49:24    Kohls/capone,   Po Box 3115,
              Milwaukee, WI 53201-3115
19099169     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2013 00:50:10    Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19099171     +E-mail/Text: bnc@nordstrom.com Nov 07 2013 00:49:26    Nordstrom FSB,
              Attention: Account Services,   Po Box 6566,   Englewood, CO 80155-6566
19619616     +E-mail/Text: bnc@nordstrom.com Nov 07 2013 00:49:26    Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
19099172     +E-mail/Text: clientservices@northwestcollectors.com Nov 07 2013 00:49:40    Northwest Collectors,
              3601 Algonquin Rd. Suite 232,   Rolling Meadows, IL 60008-3143
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19099170*    +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19099175*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
19924526*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
19807174*     Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Nov 06, 2013
                              Form ID: pdf006           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              James A Young    on behalf of Debtor Karina  Duenas jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;carol@youngbklaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```