UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §         Case No. 12-26257-ERW
                                                §
KARINA DUENAS                                   §
                                                §
                                                §
          Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $98,023.00 | Assets Exempt: | $22,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $864.08 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,535.92 | | |

3)   Total gross receipts of $2,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,400.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $134,381.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,273.42 | $1,835.92 | $1,535.92 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $53,777.00 | $51,058.18 | $51,058.18 | $864.08 |
| **Total Disbursements** | $188,158.00 | $55,331.60 | $52,894.10 | $2,400.00 |

4). This case was originally filed under chapter 7 on 06/29/2012. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2014     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Mazda 3 Speed 40,000 Miles | 1129-000 | $2,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,400.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lieberman Management Services | 4110-000 | $200.00 | NA | $0.00 | $0.00 |
| | Pnc Mortgage | 4110-000 | $134,181.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$134,381.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $600.00 | $600.00 | $300.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.04 | $5.04 | $5.04 |
| Green Bank | 2600-000 | NA | $18.28 | $18.28 | $18.28 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,637.50 | $1,200.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $12.60 | $12.60 | $12.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,273.42** | **$1,835.92** | **$1,535.92** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-900 | $2,111.00 | $2,111.75 | $2,111.75 | $35.74 |
| 2 | Discover Bank | 7100-900 | $7,049.00 | $7,049.78 | $7,049.78 | $119.31 |
| 3 | American InfoSource LP as agent for Citifinancial Inc. | 7100-900 | NA | $1,066.33 | $1,066.33 | $18.05 |
| 4 | American InfoSource LP as agent for Chase Bank USA N.A. | 7100-900 | NA | $9,777.83 | $9,777.83 | $165.47 |
| 5 | American Express Centurion Bank | 7100-900 | $15,485.00 | $15,485.47 | $15,485.47 | $262.07 |
| 6 | Capital One, N.A. | 7100-900 | $2,131.00 | $2,131.45 | $2,131.45 | $36.07 |
| 7 | Toyota Motor Credit Corporation | 7100-000 | $3,317.00 | $3,317.48 | $3,317.48 | $56.14 |
| 8 | Portfolio Recovery Associates, LLC/ Heritage Bank One | 7100-900 | $8,810.00 | $8,810.26 | $8,810.26 | $149.10 |
| 9 | Portfolio Recovery Associates, LLC/ LOWES | 7100-900 | $1,366.00 | $1,307.83 | $1,307.83 | $22.13 |
|  | Citifinancial | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Midland Funding | 7100-000 | $9,886.00 | NA | NA | $0.00 |
|  | Midland Funding | 7100-000 | $1,117.00 | NA | NA | $0.00 |
|  | Northwest Collectors | 7100-000 | $80.00 | NA | NA | $0.00 |
|  | Sears/cbna | 7100-000 | $2,425.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,777.00 | $51,058.18 | $51,058.18 | $864.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-26257-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DUENAS, KARINA | Date Filed (f) or Converted (c): | 06/29/2012 (f) |
| For the Period Ending: | 1/16/2014 | §341(a) Meeting Date: | 08/28/2012 |
| | | Claims Bar Date: | 01/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 27 N Ohendorf Rd., Streamwood IL 60107 Townhouse | $110,100.00 | $0.00 | | $0.00 | FA |
| 2 | Checkings: Chase | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Tv's, Washer, Dryer, Stove, Refrigerator, Beds, Lamps, Sofas, Bicycle, DVD | $900.00 | $450.00 | | $0.00 | FA |
| 4 | Clothes | $100.00 | $0.00 | | $0.00 | FA |
| 5 | 401 K Sentry Insurance | $1,200.00 | $0.00 | | $0.00 | FA |
| 6 | 2007 Mazda 3 Speed 40,000 Miles | $8,123.00 | $2,400.00 | | $2,400.00 | FA |
| 7 | Tools, Computer | $200.00 | $200.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                   **Gross Value of Remaining Assets**
                    $120,723.00        $3,050.00                            $2,400.00         $0.00

**Major Activities affecting case closing:**

| 10/26/2012 | TAX INTERCEPT |
| 12/03/2012 | Tax Intercept Completed |
| 01/11/2013 | Firt Payment on Vehicle's equity received. |
| 06/07/2013 | Final payment received RE: Equity on vehicle. |
| 06/20/2013 | Claims reviewed - TFR to be completed. |

**Initial Projected Date Of Final Report (TFR):** 10/31/2013
**Current Projected Date Of Final Report (TFR):** 09/10/2013

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-26257-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DUENAS, KARINA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2879 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2013 | (6) | KARINA DUENAS | Payment for equity on vehicle | 1129-000 | $300.00 | | $300.00 |
| 01/17/2013 | (6) | Karina Duenas | Payment | 1129-000 | $300.00 | | $600.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.49 | $599.51 |
| 02/20/2013 | (6) | DUENAS, KARINA | Payment | 1129-000 | $300.00 | | $899.51 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.99 | $898.52 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.44 | $897.08 |
| 04/03/2013 | (6) | Karina Duenas | Payment | 1129-000 | $300.00 | | $1,197.08 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.76 | $1,195.32 |
| 05/01/2013 | (6) | Karina Duenas | Payment | 1129-000 | $300.00 | | $1,495.32 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.55 | $1,492.77 |
| 06/07/2013 | (6) | DUENAS, KARINA | Payment | 1129-000 | $900.00 | | $2,392.77 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $2,389.66 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.85 | $2,385.81 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.09 | $2,381.72 |
| 12/04/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $300.00 | $2,081.72 |
| 12/04/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.04 | $2,076.68 |
| 12/04/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 3,637.50; Amount Allowed: 1,200.00; Distribution Dividend: 100.00; | 3110-000 | | $1,200.00 | $876.68 |
| 12/04/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 12.60; Amount Allowed: 12.60; Distribution Dividend: 100.00; | 3120-000 | | $12.60 | $864.08 |
| 12/04/2013 | 3005 | Toyota Motor Credit Corporation | Claim #: 7; Amount Claimed: 3,317.48; Amount Allowed: 3,317.48; Distribution Dividend: 1.69; | 7100-000 | | $56.14 | $807.94 |
| 12/04/2013 | 3006 | Portfolio Recovery Associates, LLC/ Heritage | Claim #: 8; Amount Claimed: 8,810.26; Amount Allowed: 8,810.26; Distribution Dividend: 1.69; | 7100-900 | | $149.10 | $658.84 |
| 12/04/2013 | 3007 | Portfolio Recovery Associates, LLC/ LOWES | Claim #: 9; Amount Claimed: 1,307.83; Amount Allowed: 1,307.83; Distribution Dividend: 1.69; | 7100-900 | | $22.13 | $636.71 |
| 12/04/2013 | 3008 | Nordstrom fsb | Claim #: 1; Amount Claimed: 2,111.75; Amount Allowed: 2,111.75; Distribution Dividend: 1.69; | 7100-900 | | $35.74 | $600.97 |
| 12/04/2013 | 3009 | Discover Bank | Claim #: 2; Amount Claimed: 7,049.78; Amount Allowed: 7,049.78; Distribution Dividend: 1.69; | 7100-900 | | $119.31 | $481.66 |
| 12/04/2013 | 3010 | American InfoSource LP as agent for Citifinancial Inc. | Claim #: 3; Amount Claimed: 1,066.33; Amount Allowed: 1,066.33; Distribution Dividend: 1.69; | 7100-900 | | $18.05 | $463.61 |
| 12/04/2013 | 3011 | American InfoSource LP as agent for Chase Bank USA | Claim #: 4; Amount Claimed: 9,777.83; Amount Allowed: 9,777.83; Distribution Dividend: 1.69; | 7100-900 | | $165.47 | $298.14 |

**SUBTOTALS** $2,400.00  $2,101.86

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26257-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DUENAS, KARINA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2879 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2013 | 3012 | American Express Centurion Bank | Claim #: 5; Amount Claimed: 15,485.47; Amount Allowed: 15,485.47; Distribution Dividend: 1.69; | 7100-900 | | $262.07 | $36.07 |
| 12/04/2013 | 3013 | Capital One, N.A. | Claim #: 6; Amount Claimed: 2,131.45; Amount Allowed: 2,131.45; Distribution Dividend: 1.69; | 7100-900 | | $36.07 | $0.00 |
| | | | **TOTALS:** | | $2,400.00 | $2,400.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,400.00 | $2,400.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,400.00 | $2,400.00 | |

| For the period of 6/29/2012 to 1/16/2014 | | For the entire history of the account between 01/11/2013 to 1/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,400.00 | Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.00 | Total Comp/Non Comp Receipts: | $2,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,400.00 | Total Compensable Disbursements: | $2,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,400.00 | Total Comp/Non Comp Disbursements: | $2,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 12-26257 Doc 42 Filed 02/03/14 Entered 02/03/14 16:05:00 Desc Main
Document Page 8 of 8
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-26257-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DUENAS, KARINA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2879 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,400.00 | $2,400.00 | $0.00 |

**For the period of 6/29/2012 to 1/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/29/2012 to 1/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ